1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CM Apartments, LLC; Jose Prado, | No. CV 13-0039-PHX-JAT |
| Plaintiffs, | **ORDER** |
| vs. | |
| Travelers Casualty Insurance Company of America, | |
| Defendant. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the notice of removal fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of limited liability companies).

Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that by February 21, 2013, Defendant shall file a supplement to the notice of removal properly alleging federal subject matter jurisdiction, or this case will be remanded for lack of federal subject matter jurisdiction.

DATED this 7th day of February, 2013.

*[signature]*
James A. Teilborg
United States District Judge